UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

ANDREW GORDON,

                Plaintiff,

      -against-

ERIC GORDON; JACK KOLPEN; and 724 EAST ST. GERORGES AVENUE LIMITED LIABILITY COMPANY,

                Defendants.

-------------------------------------------------------------------X

Docket no. 19-cv-20658

## **SUGGESTION OF DEATH**

The undersigned, counsel for the plaintiff herein, suggests upon the record the death of plaintiff Andrew Gordon, who is believed to have died on September 10, 2020.

Dated:   Brooklyn, New York
          October 5, 2020

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiff*

by: _____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627